IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JAY DOUGLAS BARKER | Violation: 18 U.S.C. § 2113(a) |

**Bank Robbery**

The Grand Jury Charges:

On or about August 1, 2025, in the District of North Dakota,

JAY DOUGLAS BARKER

did, by force, violence, and intimidation, take from the person and presence of bank personnel, money belonging to and in the care, custody, control, management, and possession of Wells Fargo, in Fargo, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

JAY DOUGLAS BARKER

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property involved in the commission of the offense, including, but not limited to, $10,520.00 U.S. currency.

                                            A TRUE BILL:

                                            /s/ Foreperson
                                            Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney


JTR/ak