UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAY DOUGLAS BARKER,<br><br>Defendant. | Cr. No. 3:25-cr-206<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Comes now Jay Douglas Barker, by and through his attorney, Assistant Federal Public Defender Rhiannon Gorham, and moves the Court for its Order extending the trial setting of November 18, 2025, as well as all related pretrial deadlines.

As grounds, Defendant states:

1. Defendant made his initial appearance and was arraigned on September 19, 2025, on an Indictment, charging the Defendant with Bank Robbery, in violation of 18 U.S.C. § 2113(a).

2. The Court entered its Criminal Pretrial Order and Jury Trial Notice on September 19, 1014, setting the jury trial for November 18, 2025.

3. Defendant received discovery from the government on September 26, 2025.

4. Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the

discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

5. Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said he would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6. Defendant is currently detained at the Cass County Jail in Fargo, North Dakota.

7. The Government, through Assistant United States Attorney Jacob Rodenbiker, does not object to this motion.

8. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Jay Douglas Barker, requests that the Court continue the trial setting to a time past November 18, 2025, and further, that all related pretrial deadlines be continued.

Dated this 17th day of October, 2025.

                       Respectfully submitted,

                       JASON J. TUPMAN
                       Federal Public Defender
                       By:

                       */s/   Rhiannon Gorham*
                       Rhiannon Gorham
                       Assistant Federal Public Defender
                       Attorney for Defendant
                       Office of the Federal Public Defender
                       Districts of South Dakota and North Dakota
                       112 Roberts Street North, Suite 200
                       Fargo, ND 58102
                       Telephone: 701-239-5111
                       Facsimile:  701-239-5098
                       filinguser_SDND@fd.org